UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN LEE LAYTON, | 3:10-CV-00443-LRH-WGC |
| Plaintiff, | |
| v. | MINUTE ORDER |
| ROBERT BRUCE BANNISTER, | |
| | September 4, 2015 |
| Defendant. | |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING       REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):       NONE APPEARING

COUNSEL FOR DEFENDANT(S):       NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is plaintiff John Lee Layton's Motion to Withdraw Rule 60 Motion with Prejudice (#80)[1]. The court having reviewed plaintiff's Rule 60 motion (doc. #73), defendant's response (doc. #77) and plaintiff's motion to withdraw (doc. #80), and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that plaintiff John Lee Layton's Motion to Withdraw Rule 60 Motion with Prejudice (#80) is GRANTED and his motion (doc.#73) is WITHDRAWN.

IT IS FURTHER ORDERED that plaintiff's motion to extend time (doc. #75) and motion for leave to file (doc. #76) are both DENIED as moot.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:      /s/
     Deputy Clerk

---

[1] Refers to court's docket number.